UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO: 22-MJ-06200

v.

BENNET RAMEY,

        **Defendant.**

_____/

## TEMPORARY NOTICE OF APPEARANCE AS COUNSEL

**PLEASE TAKE NOTICE** that the undersigned attorney, by his signature below, hereby enters his appearance on behalf of the Defendant, Bennet Ramey, in the above-styled cause and as such, requests that the Clerk of Court forward any and all notices to the address below.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically noticed through the CM/ECF system to the US Attorney's Office AUSA Robert Juman on this 22nd day of April, 2022.

Respectfully submitted,

*/s/ Nayib Hassan*

_____
**Nayib Hassan, Esq., (Fla Bar No. 20949)**
**Attorney for Defendant**
**LAW OFFICES OF NAYIB HASSAN, P.A.**
**6175 NW 153 St., Suite 209**
**Miami Lakes, Florida 33014**
**Tel. No.: 305.403.7323**
**Fax No.: 305.403.1522**