# COURT MINUTES/ORDER

## United States Magistrate Judge Alicia O. Valle

Courtroom 310     Date: 4/27/2022     Time: 10:00am

Defendant: Barry Ramey(J)     J#: 97293-509     Case #: 22-6200-JMS

AUSA: Robert Juman     Attorney: Naib Hassan, Esq. (Temp)

Violation: Act of Physical Violence in the Grounds or Capitol Buildings

Proceeding: Detention Hearing/Removal Hearing     CJA Appt:

Bond/PTD Held: ☒    ☐ No     Recommended Bond: Detention

Bond Set at: Detention     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition: Defendant present. Government proceeds by way of proffer. Government exhibits 1-7 offered and admitted into evidence. Agent Ryan Nougaret sworn and testified. For the reasons stated on the record the Court orders the defendant detained pending trial based on danger to the community. Written order to follow.

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 12:24:12; 12:24:48     Time in Court: 1 hour 40 mins

CHECK IF APPLICABLE: _____ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..