AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

United States of America

V.

Barry Ramey

## EXHIBIT AND WITNESS LIST

Case Number: 0:22-MJ-6200

| PRESIDING JUDGE<br>AOV | | | PLAINTIFF'S ATTORNEY<br>Robert Juman | | DEFENDANT'S ATTORNEY<br>Nayib Hassan |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>Detention Hearing 11/5/2021 | | | COURT REPORTER<br>DAR 14:32:27 | | COURTROOM DEPUTY<br>TS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4/27/2022 | yes | yes | Video clip |
| 1a | | 4/27/2022 | yes | yes | Screen shot photographs |
| 2 | | | yes | yes | Map of Cpital ground |
| 3 | | 4/27/2022 | yes | yes | Video clip |
| 4 | | 4/27/2022 | yes | yes | Photograph |
| 5 | | 4/27/2022 | yes | yes | Video clip from NY Times |
| 6 | | 4/27/2022 | yes | yes | Video clip |
| 7 | | 4/27/2022 | yes | yes | Video clip |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages